UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD B. WILLIAMS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>E. VALENZUELA,<br><br>　　　　　Respondent. | No.  2:15-cv-0063 CKD P<br><br><br><br>ORDER |

　　　　Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has not paid the filing fee or submitted a request to proceed in forma pauperis.

　　　　Petitioner is incarcerated in California Men's Colony and was convicted in Los Angeles County.  Both California Men's Colony and Los Angeles County are in an area embraced by the United States District Court for the Central District of California.

　　　　Pursuant to 28 U.S.C § 2241(d), courts in both the district of conviction and the district of confinement have concurrent jurisdiction over applications for habeas corpus filed by state prisoners.  Because petitioner was not convicted in this district, and is not presently confined here, this court does not have jurisdiction to entertain the application.

/////

/////

1

1  Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this matter is
2  transferred to the United States District Court for the Central District of California. 28 U.S.C.
3  §2241(d); 28 U.S.C. § 1406(a).
4  Dated: January 22, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2/kly
will0063.108b

2