UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD B. WILLIAMS,<br><br>        Petitioner,<br><br>    v.<br><br>E. VALENZUELA,<br><br>        Respondent. | CASE NO. CV 15-548-AG (PJW)<br><br>ORDER DISMISSING SECOND OR SUCCESSIVE HABEAS CORPUS PETITION AND DENYING CERTIFICATE OF APPEALABILITY |

Before the Court is Petitioner's second attempt to challenge his 2009 state conviction for assault with a deadly weapon and resultant nine-years-and-four-months sentence. His first petition was denied on the merits in December 2012. *(Williams v. People of State of California*, CV 11-8461-AG (PJW), December 28, 2012 Order.) Petitioner appealed that decision but the Ninth Circuit Court of Appeals denied his request for a certificate of appealability. (*Williams v. People of State of California*, CCA No. 13-55113, March 1, 2013 Order.) Thereafter, the United States Supreme Court denied his petition for writ of certiorari. (*Williams v. California*, No. 13-5584, October 21, 2013 Order.)

Absent authorization from the Ninth Circuit, Petitioner may not bring another habeas petition challenging his conviction and/or

sentence in this court.  *See* 28 U.S.C. § 2244; *see also Burton v. Stewart*, 549 U.S. 147, 157 (2007) (holding district court lacks jurisdiction to consider the merits of a second or successive petition absent prior authorization from the circuit court).  For this reason, the Petition is dismissed.

The Court further finds that Petitioner has not made a substantial showing of the denial of a constitutional right or that the court erred in its procedural ruling and, therefore, a certificate of appealability will not issue in this action.  *See* 28 U.S.C. § 2253(c)(2); Fed. R. App. P. 22(b); *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

IT IS SO ORDERED.

DATED: September 13, 2016

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

Presented by:

9/7/16

PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

C:\Users\imartine\AppData\Local\Temp\notesC7A056\Williams Ord dismissing Pet.wpd

2