JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DONALD B. WILLIAMS, | ) | CASE NO. CV 15-548-AG (PJW) |
| Petitioner, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| E. VALENZUELA, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Dismissing Second or Successive Habeas Corpus Petition,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: September 13, 2016.

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

C:\Users\imartine\AppData\Local\Temp\notesC7A056\Williams Judgment.wpd